AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

FILED ✓ / RECEIVED
ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 1 0 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Jose DeCastro

　　　Plaintiff(s)

v.

EVAN MCKNIGHT; PAM WAGNER; BRAD SPOLJARIC;
JOHN CHAPMAN; CHANCE BLANKENSHIP; ROBERT FOUCH;
LAWRENCE COUNTY COMMISIONERS; CITY OF IRONTON
OHIO; DOE GOVERNMENT ENTITY; and DOES 1 to 10 inclusive

　　　Defendant(s)

2:24-cv-00435-DJA

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Evan Mchright, Pam Wagner, Brad Spoljaric, John Chapman, Chance Blankenshyp, Robert Fouch, Lawrence County Comissioners, City of Ironton, Ohio, John Does 1-10

A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3/4/2024

CLERK OF COURT
JEFF CALLO

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lawrence County Commissioners
was received by me on *(date)* 3-4-25.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sumner/Secretary , who is
designated by law to accept service of process on behalf of *(name of organization)*
Lawrence County Commissioners on *(date)* 3-5-25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-6-25

Teresa Edwards
*Server's signature*

Teresa Edwards, Process Server
*Printed name and title*

*Server's address*
909 S. High St
Columbus, OH 43206
614-563-8663

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
District of Nevada

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
MAR 10 2025
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Jose DeCastro
        *Plaintiff(s)*

v.

EVAN MCKNIGHT; PAM WAGNER; BRAD SPOLJARIC; JOHN CHAPMAN; CHANCE BLANKENSHIP; ROBERT FOUCH; LAWRENCE COUNTY COMMISIONERS; CITY OF IRONTON OHIO; DOE GOVERNMENT ENTITY; and DOES 1 to 10 inclusive

        *Defendant(s)*

Civil Action No. 2:24-cv-00435-DJA

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Evan McKnight, Pam Wagner, Brad Spoljaric, John Chapman, Chance Blankenship, Robert Fouch, Lawrence County Commissioners, City of Ironton, Ohio, John Does 1-10

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
JEFF CALLO

Date: 3/4/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of Ironton / Mayor
was received by me on *(date)* 3-4-25

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Terri - Mayor's Secretary , who is
designated by law to accept service of process on behalf of *(name of organization)* City
of Ironton on *(date)* 3-5-25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-6-25

Server's signature: Teresa Edwards

Printed name and title: Teresa Edwards, Process Server

Server's address:
909 S. High St
Cols, OH 43206
614-563-8663

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

FILED / RECEIVED
ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 10 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Nevada

Jose DeCastro

*Plaintiff(s)*

v.

EVAN MCKNIGHT; PAM WAGNER; BRAD SPOLJARIC;
JOHN CHAPMAN; CHANCE BLANKENSHIP; ROBERT FOUCH;
LAWRENCE COUNTY COMMISIONERS; CITY OF IRONTON
OHIO; DOE GOVERNMENT ENTITY; and DOES 1 to 10 inclusive

*Defendant(s)*

Civil Action No. 2:24-cv-00435-DJA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Evan McKnight, Pam Wagner, Brad Spoljaric, John Chapman, Chance Blankenship, Robert Fouch, Lawrence County Commissioners, City of Ironton, Ohio, John Does 1-10

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
JEFF CALLO

Date: 3/4/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ironton City Police Dept
was received by me on *(date)* 3-4-25.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Officer Corey Allison, who is
designated by law to accept service of process on behalf of *(name of organization)*
Ironton City Police Dept on *(date)* 3-5-25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3-6-25

Server's signature: *Teresa Edwards*

Printed name and title: Teresa Edwards, Process Server

Server's address: 909 S. High St
Cols, OH 43206
614-563-8663

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

Jose DeCastro

*Plaintiff(s)*

v.

EVAN MCKNIGHT; PAM WAGNER; BRAD SPOLJARIC; JOHN CHAPMAN; CHANCE BLANKENSHIP; ROBERT FOUCH; LAWRENCE COUNTY COMMISIONERS; CITY OF IRONTON OHIO; DOE GOVERNMENT ENTITY; and DOES 1 to 10 inclusive

*Defendant(s)*

Civil Action No. 2:24-cv-00435-DJA

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
MAR 10 2025
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Evan Mchnight, Pam Wagner, Brad Spoljaric, John Chapman, Chance Blankenshyp, Robert Fouch, Lawrence County Commissioners, City of Ironton, Ohio, John Does 1-10

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
JEFF CALLO

Date: 3/4/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Evan McKnight c/o Ironton City Police Dept
was received by me on *(date)* 3-4-25.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Officer Corey Allison, who is designated by law to accept service of process on behalf of *(name of organization)* Evan McKnight c/o Ironton City Police Dept on *(date)* 3-5-25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3-6-25

Teresa Edwards
*Server's signature*

Teresa Edwards, Process Server
*Printed name and title*

*Server's address*
909 S. High St.
Cols, OH 43206
614-563-8663

Additional information regarding attempted service, etc: