1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Jose DeCastro,                                    )        Case # 2:24-cv-00435-DJA
                                                  )        _____
                                                  )
                                                  )
                Plaintiff(s),                     )        **VERIFIED PETITION FOR**
                                                  )        **PERMISSION TO PRACTICE**
                                                  )        **IN THIS CASE ONLY BY**
        vs.                                       )        **ATTORNEY NOT ADMITTED**
Evan McKnight, et al.,                            )        **TO THE BAR OF THIS COURT**
                                                  )        **AND DESIGNATION OF**
                                                  )        **LOCAL COUNSEL**
                                                  )
                Defendant(s).                     )
                                                  )        FILING FEE IS $250.00
_____                 )

        Cassaundra Lynn Sark
    _____, Petitioner, respectfully represents to the Court:
            (name of petitioner)

        1.      That Petitioner is an attorney at law and a member of the law firm of
                            Lambert Law Office, LLC
    _____
                                (firm name)
                            215 S. 4th Street (P.O. Box 725)
    with offices at _____,
                                        (street address)

            Ironton                           , Ohio                    45638
    _____, _____, _____,
                (city)                              (state)           (zip code)
            (740) 532-4333                      csark@lambert-law.org
    _____, _____.
        (area code + telephone number)              (Email address)

        2.      That Petitioner has been retained personally or as a member of the law firm by
        the Lawrence County Commissioners and John Chapman
    _____ to provide legal representation in connection with
                    [client(s)]

    the above-entitled case now pending before this Court.

                                                                            Rev. 5/16

3.     That since _____November 7, 2011_____, Petitioner has been and presently is a
                                         (date)
member in good standing of the bar of the highest Court of the State of __Ohio_____
                                                                                            (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States District Court for the Southern District of Ohio | May 25, 2017 | 0087766 |
| United States District Court for the Northern District of Ohio | December 12, 2023 | 0087766 |
| United States Court of Appeals for the Sixth Circuit | February 21, 2023 | 0087766 |
| Supreme Court of the United States | May 20, 2024 | 0087766 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Lawrence County Bar Association
Ohio State Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                              _____
                                                                    Petitioner's signature

5  STATE OF Ohio _____ )

6  COUNTY OF _____Lawrence_____ )

7         Cassaundra L. Sark
      _____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                                              _____
                                                                    Petitioner's signature

10  Subscribed and sworn to before me this

11  __17__ day of __March__ , __2025__ .

12

13  _____
       Notary Public or Clerk of Court

14

                                                KIM TITSWORTH
                                                Notary Public
                                                State of Ohio
                                                My Comm. Expires
                                                August 29, 2028

15

16              **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
                **THE BAR OF THIS COURT AND CONSENT THERETO.**

17      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18  believes it to be in the best interests of the client(s) to designate ____Katherine F. Parks____ ,

19                                                                    (name of local counsel)
    Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20  above-entitled Court as associate resident counsel in this action.  The address and email address of

21  said designated Nevada counsel is:

22

23        Thorndal Armstrong, PC, 6590 S. McCarran Blvd., Suite B
   _____ ,
                              (street address)

24            Reno                          Nevada                  89509
   _____ , _____ , _____
             (city)                         (state)              (zip code)

25

26      (775) 786-2882                    KFP@thorndal.com
   _____ , _____ .
   (area code + telephone number)         (Email address)

27

28                                    4                              Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Katherine F. Parks _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_John Chapman_
(party's signature)

_John   CHAPMAN_

_Colton Copley (Lawrence County Comm.)_
(type or print party name, title)

_DeAnna Holliday_
(party's signature)

_DeAnna Holliday (Law Co. Comm.)_
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_Katherine Parks_
Designated Resident Nevada Counsel's signature

6227                    kfp@thorndal.com
Bar number              Email address

APPROVED:

Dated: this _19th_ day of _March_, 20 _25_.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

5

Rev. 5/16



# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Cassaundra Lynn Sark**
Attorney Registration No. **0087766**

was admitted to the practice of law in Ohio on November 7, 2011; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 13th day of March, 2025.

MICHEL JENDRETZKY
*Director, Attorney Services Division*

*Shannon B. Scheid*
Shannon Scheid, *Administrative Assistant*
*Office of Attorney Services*

No. 2025-03-13-1
Verify by email at GoodStandingRequests@sc.ohio.gov