# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
APR 13 PM 4: 17
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

|  |  |
|---|---|
| JOSE MARIA DECASTRO | Case No.: 1:22CV204 |
| *Plaintiff,* | |
| vs. | Plaintiffs Original Complaint |
| PAM WAGNER, in her individual and official capacities, BRAD SPOLJARIC, in his individual and official capacities, CHANCE BLANKENSHIP, in his individual and official capacities, EVAN MCKNIGHT, in his individual and official capacities, officer FOUCH, in his individual and official capacities, "MAJOR" CHAPMAN, in his individual and official capacities, JANE DOE, in her individual and official capacities, CITY OF IRONTON, a municipality within the County of Lawrence, Ohio, and, LAWRENCE COUNTY, a county or other recognized territorial division within the state of Ohio | EXHIBITS 1-4 attached hereto and incorporated herein |
| | Jury Trial Demanded Herein |
| | J. BARRETT |
| | M.J. BOWMAN |
| *Defendants,* | |

EXHIBIT A

## PLAINTIFFS' ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW**, Plaintiff, Jose Maria DeCastro, in *propia persona* in the above-titled cause, hereby file this, his Original Complaint for Civil Rights Violations under U.S.C. 42 §1983 for deprivation of certain of his guaranteed and protected civil rights relating to the 1st, 4th, and 14th Amendments.

## I.    INTRODUCTION AND OPENING STATEMENT

1.    This is an action brought by Plaintiff, DeCastro, against certain defendants including the City of Ironton Chief of Police, Pam Wagner, and 4 other officers, the City of Ironton, Jane Doe of the Lawrence County Clerk of Courts Office, who were all acting as agents of the state by the entities for which they were employed.

2.    The injury suffered by this Plaintiff occurred at a peaceful protest taking place at the City Hall in Ironton, Ohio on 3/31/22.

3.    Plaintiff DeCastro, a known journalist, vlogger, and reporter on YouTube and other media outlets, was inside the City of Ironton City Hall and videorecording.

4.    Within 3 minutes of the City Hall closing and absent valid notice, Plaintiff was personally seized and handcuffed, his recording device was seized and he was placed under arrest. After approximately 2 hours, DECASTRO, was

required to post bond for alleged criminal violations, was released and his property returned to him, all but his cell phone/recording device which he uses for his occupation and personal record.

5.    Despite numerous requests for the return of the property the Defendants have failed to return this as they want to stop him from recording the public officials and conducting interviews.

6.    During the time he was being processed after arrest one of the officers stated that if he refused to provide his Social Security Number, that he would bring additional charges and punishment upon Plaintiff. Only days later, an employee of the Lawrence County Clerk of Courts Office was calling private citizens and falsely claiming that Plaintiff had stolen their telephone numbers and was using them to call and harass the court clerks. Further, that these private citizens should call and report the crime to the Lawrence County Sheriff.

7.    The City of Ironton and Lawrence County have failed to ensure that its employees, the Chief of Police and the other officers, are properly trained and/or supervised as they acted unfettered, in violation of the Constitution and clearly established law. Because of this failure Plaintiff's clearly established rights relating to the 1st, 4th, 14th Amendments to the Constitution were egregiously violated by all Defendants.

## II.   JURISDICTION AND VENUE

8.   Causes of Action of this complaint arise under 42 U.S.C. §1983 (Civil Action for Deprivation of Rights). The jurisdiction of this court is founded on federal question jurisdiction, 28 U.S.C. §1331 and this court also has original jurisdiction pursuant to 28 U.S.C. §1343.

9.   Venue is proper because all events giving rise to Plaintiffs' causes of action occurred within this district, as provided in 28 U.S.C. § 1391(b)(2).

## III.   PARTIES

### A. Plaintiff

10.  Plaintiff Jose Maria DeCastro, hereinafter "DECASTRO", at all times relevant herein, suffered injury while in this District in the City of Ironton, Ohio.

### B. Defendants

11.  Plaintiff is informed and believes that Defendant, Pam Wagner, hereinafter "WAGNER", was the city of Ironton Chief of Police and a sworn peace officer, employed by defendant City of Ironton, and at all times relevant to this complaint, was acting as an employed, compensated, enriched and rewarded employee for City of Ironton. WAGNER is being sued in his individual and official capacities.

12. Plaintiff is informed and believes that Defendant, BRAD SPOLJARIC, hereinafter "SPOLJARIC", was a peace officer for the city of Ironton and employed by defendant City of Ironton, and at all times relevant to this complaint, was acting as an employed, compensated, enriched and rewarded employee for City of Ironton. SPOLJARIC is being sued in his individual and official capacities.

13. Plaintiff is informed and believes that Defendant, CHANCE BLANKENSHIP, hereinafter "BLANKSHIP", was a peace officer for the city of Ironton and employed by defendant City of Ironton, and at all times relevant to this complaint, was acting as an employed, compensated, enriched and rewarded employee for City of Ironton. BLANKENSHIP is being sued in his individual and official capacities.

14. Plaintiff is informed and believes that Defendant, EVAN MCKNIGHT, hereinafter "MCKNIGHT", was a peace officer for the city of Ironton and employed by defendant City of Ironton, and at all times relevant to this complaint, was acting as an employed, compensated, enriched and rewarded employee for City of Ironton. MCKNIGHT is being sued in his individual and official capacities.

15. Plaintiff is informed and believes that Defendant, officer FOUCH, hereinafter "FOUCH", was a peace officer for the city of Ironton and employed by defendant City of Ironton, and at all times relevant to this complaint, was

acting as an employed, compensated, enriched and rewarded employee for City of Ironton. FOUCH is being sued in his individual and official capacities.

16. Plaintiff is informed and believes that Defendant, "Major" Chapman, hereinafter "CHAPMAN", was a sworn peace officer, employed by defendant LAWRENCE COUNTY, and at all times relevant to this complaint, was acting as an employed, compensated, enriched and rewarded employee for LAWRENCE COUNTY. CHAPMAN is being sued in his individual and official capacities.

17. Plaintiff is informed and believes that Defendant, "Jane Doe", possibly known by her first name Samantha, hereinafter "JANE DOE", was an employee of the Lawrence County Clerk of Courts Office and employed by defendant LAWRENCE COUNTY, and at all times relevant to this complaint, was acting as an employed, compensated, enriched and rewarded employee for LAWRENCE COUNTY. JANE DOE is being sued in her individual and official capacities.

18. Plaintiff is informed and believes that Defendant City of Ironton, Ohio, hereinafter "IRONTON", is an incorporated political subdivision within the State of Ohio, and can be sued as such person specific to this lawsuit.

19. Plaintiff is informed and believes that Defendant LAWRENCE COUNTY, hereinafter "LAWRENCE COUNTY", is an incorporated political subdivision

within in the State of Ohio, and can be sued as such person specific to this lawsuit.

## IV.   GENERAL FACTUAL ALLEGATIONS

20.  Plaintiff is a videographer, vlogger, and civil rights activists who has been video recording publishing his recordings, edited and unedited, on media forums such as, YouTube, Facebook, Instagram, and the like since approximately 2020. The financial benefits of DECASTRO's postings have been an essential economic support for him since this time.

21.  On Tuesday, March 29, 2022, at approximately 4:00 p.m., DECASTRO and several other local citizens were in the Ironton City Hall peacefully protesting. At approximately 5 p.m. a City of Ironton employee announced that the building was going to be closed and locked.

22.  At approximately 5:03 p.m., WAGNER yelled to DECASTRO, to immediately "cease and desist his disorderly conduct" and DECASTRO was then immediately arrested by defendants SPOLJARIC, BLANKENSHIP, MCKNIGHT, and FOUCH. DECASTRO was taken to the booking area where several criminal charges were brought against him. DECASTRO was patted down, his person searched, and personal property including his wallet, car key, and other items, including his iPhone 12 Max Pro were taken.

23. During the booking process, CHAPMAN told DECASTRO that he had to get his Social Security number. When DECASTRO objected, CHAPMAN, the top-ranking jailer, told DECASTRO that they would be list DECASTRO as "John Doe" and that he would be incarcerated for up to 3 months until the FBI came back with confirmation of his identity. DECASTRO again objected saying that it's wrong to require his Social Security number.

24. CHAPMAN came back moments later and again demanded DECASTRO's social security number and threatened him with a felony charge of obstruction of justice if DECASTRO did not give him his Social Security number. DECASTRO under this threat provided his Social Security number to CHAPMAN.

25. After posting bond approximately 2 hours later, DECASTRO was released. At the time of his release, DECASTRO's personal property seized off of his person at the time of his arrest and booking was returned to him with the exception of his iPhone 12 Max Pro.

26. DECASTRO, who is not a resident of IRONTON or the state of Ohio, personally visited or called the IRONTON Police Department and demanded that they release his property to him on 3/29/22, 3/30/22, 3/31/22, and 4/12/22. They failed to return DECASTRO's cell phone. On 4/5/22 this Plaintiff prepared and had delivered to the IRONTON Police Department a formal demand for return of property, *see Exh. 1.*

27. As of this date, because he has been denied the return of his iPhone 12 Max Pro, DECASTRO has been precluded from being able to access certain of his necessary personal and certain business information, videos, photos, letters, emails, text messages, and other items. DECASTRO has thereby, additionally, been precluded from being able to access time sensitive information which he requires to prepare and publish his videos, necessary and relevant to his occupation.

28. On or about 4/5/22, DECASTRO was contacted by Darin Haberkorn, a person unknown to plaintiff. This person stated that he resolved a telephone call from the Lawrence County Clerk of Courts Office regarding him. Mr. Haberkorn stated that JANE DOE, her first name possibly Samantha, called him and reported to him that DECASTRO had stolen his telephone number and had used it to call her office and made harassing and obscene calls. JANE DOE further stated that plaintiff was crazy and that he had stolen other peoples' phone numbers and done likewise. JANE DOE then provided the Lawrence County Sheriff's Office telephone number recommended that Mr. Haberkorn call and make a formal criminal complaint against DECASTRO, see *Exhibit 2 audio recording, 00:00 – 02:08*.

29. Plaintiff holds strong concern that upon his 4/28/22 return to the Lawrence County, Ohio area, employees, officials, and agents of IRONTON and LAWRENCE COUNTY intend to cause him great distress, harm, and even

death. Despite this strong concern for his safety and well-being, Plaintiff intends to do so, as he has pending business with the court.

## V. CAUSES OF ACTION

### CAUSE 1

### (42 U.S.C. § 1983; Violation of 4th Amendment)

30.  Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 29 above and incorporates the same as if set forth in full.

31.  Defendants WAGNER, SPOLJARIC, BLANKENSHIP, MCKNIGHT, and FOUCH knew or should have known that they failed to comply with the state of Ohio peaceful protest statutes, policies, and procedures when they encountered plaintiff on 3/29/22. Instead of directing and escorting plaintiff out of the building per the statutes, these defendants chose to make an arrest within 6 seconds of encountering him and only 3 minutes after the office was being closed for the day.

32.  As a direct and proximate consequence of the acts of these defendants, DECASTRO has suffered and continues to suffer a violation of his 4th Amendment right and injury therefrom and is entitled to recover damages accordingly.

### CAUSE 2

### (42 U.S.C. § 1983; Violation of 4th Amendment)

33. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 32 above and incorporates the same as if set forth in full.

34. Defendant CHAPMAN knew or should have known that a person refusing to provide a Social Security Number in order to complete the processing of an arrest is not a violation of any law. Further, that it is a 4th Amendment violation when compelling someone to do so under threat of punishment.

35. As a direct and proximate consequence of the acts of CHAPMAN, DECASTRO has suffered and continues to suffer a violation of his 4th Amendment right and injury therefrom and is entitled to recover damages accordingly.

## CAUSE 3

## (42 U.S.C. § 1983; 14th Amendment Violation- Due Process)

36. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 35 above and incorporates the same as if set forth in full.

37. All Defendants knew or should have known that it is unlawful and constitutionally violative to withhold a citizen's personal property, when not contraband, without due process of law.

38. Despite having this knowledge, DECASTRO's subject iPhone 12 Max Pro has been withheld by the Defendants without due process of law and thereby violated Plaintiff's rights relating to the 14tht Amendment.

39. As a direct and proximate consequence of the acts of these Defendants, DECASTRO has suffered and continues to suffer injury therefrom and is entitled to recover damages accordingly.

## CAUSE 4

### (42 U.S.C. § 1983; Violation of 1st Amendment)

40. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 39 above and incorporates the same as if set forth in full.

41. In order to impede, stop, or otherwise deter DECASTRO from filming local public officials, conducting and recording interviews, and other investigatory filming, the Defendants have kept his main recording device from him. After numerous informal and official requests, they have failed to return it.

42. As a direct and proximate consequence of the acts of these Defendants, DECASTRO has suffered and continues to suffer a violation of his 1st Amendment right and injury therefrom and is entitled to recover damages accordingly.

## CAUSE 5

### (42 U.S.C. § 1983; Violation of 4th Amendment)

43. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 42 above and incorporates the same as if set forth in full.

44. Defendant CHAPMAN knew or should have known that a person refusing to provide a Social Security Number in order to complete the processing of an arrest is not a violation of any law. Further, that it is a 4th Amendment violation when compelling someone to do so under threat of punishment.

45. As a direct and proximate consequence of the acts of CHAPMAN, DECASTRO has suffered and continues to suffer a violation of his 4th Amendment right and injury therefrom and is entitled to recover damages accordingly.

## CAUSE 6

### (42 U.S.C. § 1983; Violation of 14th Amendment)

46. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 45 above and incorporates the same as if set forth in full.

47. Defendant JANE DOE, possibly Samantha, knew or should have known that any person willfully making a false complaint against another person is a crime. Further, if that person is in their official capacity such as JANE DOE doing so to subject CASTRO to being falsely arrested is a violation of his 14th Amendment rights to due process of law.

48. As a direct and proximate consequence of the acts of JANE DOE, DECASTRO has suffered and continues to suffer a violation of his 14th

Amendment right and injury therefrom and is entitled to recover damages accordingly.

## CAUSE 7

### (42 U.S.C. Sec. 1983 - Monell claim against Defendants IRONTON -and LAWRENCE COUNTY -Failure to properly train and supervise –

49. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 48 above and incorporate the same as if set forth in full.

50. Defendants IRONTON and LAWRENCE COUNTY, through its supervisors, officers, employees and training, promulgated the making of the unconstitutional acts as outlined in the foregoing causes of action.

51. Defendants IRONTON and LAWRENCE COUNTY knew or should have known that their training and supervision of their policy makers, employees, and other officers must include clear knowledge of the constitutional nuances relating to their public service. Further, they failed to properly train and supervise their employees to refrain from making unconstitutional actions in violation of the rights of citizens as they have done as described in the foregoing.

52. As a direct and proximate consequence of the acts of these Defendants, DECASTRO has suffered and continues to suffer injury therefrom and is entitled to recover damages accordingly.

## VI.   PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays that this honorable court find that each and every defendant has violated his rights as described.

Plaintiff prays for relief against Defendants, jointly and severally, as follows:

a.   Enter judgment against each and every defendant individually named and find them jointly and severally liable;

b.   Find that the Plaintiff is the prevailing party in this case and award attorney's fees and costs, according to federal law, as noted against all defendants.

c.   Award punitive damages against all named defendants jointly and severally in their respective individual capacities in the amount of $100,000.00;

d.   Award exemplary damages against all named defendants jointly and severally in the amount of $1,000,000.00, so as prevent any similar type of deprivation of rights in the future against any other citizen similarly situated.

e.   And grant such other and further relief as appears reasonable and just, to which Plaintiff shows himself entitled.

The declaratory relief requested in this action is sought against each Defendant; against each Defendant's officers, employees, and agents; and against all persons acting in active concert or participation with any Defendant, or under any Defendant's supervision, direction, or control.

DEMAND FOR TRIAL BY JURY REQUESTED HEREIN

I, JOSE MARIA DECASTRO, DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

DATED this 8th day of April, 2022.

*Jose Maria DeCastro*

_____

Jose Maria DeCastro
1258 Franklin Street
Santa Monica, CA 90404
(310) 963-2445
Email: iamalaskan@gmail.com
In Proper Person

Exhibit 1

DECASTRO's 4/3/22 Formal Demand for Return of Property

April 1, 2022

City of Ironton Police Department
Attn: Police Chief Pam Wagner
301 S. 3rd St.
Ironton, OH. 45638

Re: Immediate Return of Personal Property – iPhone

Chief Wagner:

This letter is a formal demand for the immediate return of my personal and business property, specifically 1- iPhone 12 Max Pro, and that you make an immediate return of this property to myself or my designated agent by April 6, 2022.

On the off chance that you are unaware, this specific item of my property, was seized off my person on Tuesday, March 29, 2022, when I was arrested while peacefully protesting at the Ironton City Center located at 301 S. 3rd Street, Ironton, OH. Despite other of my property being returned to me at the time of my release later this day, your office failed to release and return my cell phone. Since this date, I have made numerous requests to your office for the return of this property, yet you have failed to do so.

Be advised that your office has no valid factual evidence to support a claim that the subject iPhone is contraband. Therefore, your office is unlawfully in possession of this property and your office is holding my property in active breach of my constitutional protections specific to the 1st and 14th Amendments to the Constitution.

Take notice that your offices failure to make a return of this property to me which I have stated to you and/or your counterparts is used for my journalistic endeavors and contains confidential, personal, and time sensitive information has caused me to suffer avoidable injury. Therefore, I will file my Federal Civil Rights lawsuit on Tuesday, April 5, 2022 in the Federal District Court if my phone is not returned.

Regards,

*Jose Maria DeCastro*

Jose Maria DeCastro

## Certificate of Delivery

I, _Terry Knipp_, do hereby declare under the pains and penalty of perjury of the state of Ohio that on _4/4/22_, the original of the attached Public Information Request and a copy of this Certificate of Delivery was presented and delivered to:

City of Ironton Police Department
301 S. 3rd St.
Ironton, OH. 45638

And given to _Off. Blakenship_, an employee in said office, agency, or entity by the signer below.

_[signature]_
(Signature)

_Terry Knipp_
Printed Name

## DECLARATION OF JOSE MARIA DECASTRO

I, Jose Maria DeCastro, do hereby authorize the person before you, Terry Knipp, to take possession of the subject iPhone 12 Max Pro, known to be in the possession of the City of Ironton Police Department located at 301 S. 3rd Street, Ironton, OH.

I declare under the pains and penalty of perjury of the state of Ohio, that the foregoing is true and correct and is made at my direction. Further, I may be contacted at the phone number below to make any additional confirmation if needed.

*Jose Maria DeCastro*

Jose Maria DeCastro
1258 Franklin Street
Santa Monica, CA 90404
(310) 963-2445

Exhibit 2

**DECASTRO's video of the 3/29/22 arrest – held on Thumb drive 'A' attached**

Exhibit 3

Darren HaberKorn's audio of the 4/5/22 Call from JANE DOE – held on Thumb drive 'A' attached

Exhibit 4

Darren Haberkorn's Affidavit of Authenticity of the subject recording
(identified in exhibit 3)

# AFFIDAVIT OF AUTHENTICITY

STATE OF INDIANA )

) ss

COUNTY OF ALLEN )

Comes now, **Darin Haberkirn**, your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. On approximately April 1, 2022 at 2:27PM. I called the **Lawrence-Ohio** County Clerk's office regarding reports of corruption. I have a **receipt of** the call in my call log.

2. Unsolicited, a person who goes by "Samantha" told me, "Chille DeCastro had cloned my cell phone number" and "(he)had been **harassing the** Clerk's Office with Vulgarity"

3. Affiant's attests that being a single-consent state, I recorded the **call and** sent it to Mr. DeCastro.

4. Affiant further attests that his video recording as presented in **Exhibit 1** is a recording of the phone call he placed to the Lawrence County **Clerk's** office.

Darin Haberkorn Affidavit                                                                                     1

Further, Affiant sayeth naught.

_Darin Haberkorn_

**Darin Haberkorn**

4 13 22

Date

State of Indian

County of Allen

Subscribed and sworn to (or affirmed) before me on this 13 day of April, 2022.

**Darin Haberkorn**, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_(signature)_ (Seal)

Notary Public

_(notary seal)_

My commission expires on 06-06-2027

Darin Haberkorn Affidavit

2

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

*Lawrence County OHP?*

## I. (a) PLAINTIFFS

*JOSE MARIA DECASTRO*

**DEFENDANTS** PAM WAGNER / BRAD SPOTZ ARE/ CHANCE BLANKENSHIP / EVAN McKnight/officer "MAJOR" CHAPMAN / Jane Doe / City of Ironton/Ironton

**(b)** County of Residence of First Listed Plaintiff *LAWRENCE*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant *LAWRENCE*
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | Product Liability | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 367 Health Care/ | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [✓] 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' Liability | Product Liability | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | **LABOR** | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | [ ] 880 Defend Trade Secrets Act of 2016 → [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [✓] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | **SOCIAL SECURITY** | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 861 HIA (1395ff) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | [ ] 862 Black Lung (923) | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 863 DIWC/DIWW (405(g)) | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 864 SSID Title XVI | |
| | | [ ] 550 Civil Rights | [ ] 865 RSI (405(g)) | |
| | | [ ] 555 Prison Condition | **FEDERAL TAX SUITS** | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | |
| | | [ ] 462 Naturalization Application | | |
| | | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [✓] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____  DOCKET NUMBER _____

DATE *4-13-2022*

SIGNATURE OF ATTORNEY OF RECORD
*Wendell Kent Freeman For Jose Maria DeCastro*

### FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____