UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO, | : |
| | :    Case No. 2:24-cv-00435-DJA |
|       PLAINTIFF, | : |
| | : |
| v. | : |
| | : |
| EVAN MCKNIGHT, *et al.*, | : |
| | : |
|       DEFENDANTS. | : |

## LAWRENCE COUNTY DEFENDANTS' DISCLOSURE STATEMENT

Now come Defendants John Chapman and the Lawrence County Commissioners (collectively referred to as the "Lawrence County Defendants"), by counsel, pursuant to Local Rule 7.1-1, certifying that there are no known interested parties other than those participating in the case. The Lawrence County Defendants reserve the right to amend its Disclosure Statement upon any change in the information.

          Respectfully Submitted,

          /s/ Cassaundra L. Sark
          Cassaundra L. Sark (0087766)
          Lambert Law Office
          P.O. Box 725
          Ironton, OH 45638
          (740) 532-4333
          (740) 532-7341 – Fax
          *Counsel for Lawrence County Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the Lawrence County Defendants' Disclosure Statement was provided via the Court's electronic filing system (CM/ECF) on the 25th day of March 2025 and mailed, postage prepaid, via USPS to the following:

Jose DeCastro
1258 Franklin Street
Santa Monica, CA 90404

/s/ Cassaundra L. Sark
Cassaundra L. Sark (0087766)
*Counsel for Lawrence County Defendants*