Dawn M. Frick, Esq. * (0069068)
SURDYK, DOWD & TURNER CO., L.P.A.
8163 Old Yankee Street, Suite C
Dayton, Ohio 45458
(937) 222-2333, (937) 222-1970 (fax)
dfrick@sdtlawyers.com

Katherine F. Parks, Esq.
Nevada Bar No. 6227
THORNDAL ARMSTRONG, PC
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Tel: (775) 786-2882
kfp@thorndal.com
*Attorneys for Pam Wagner, Brad Spoljaric,
Chance Blankenship, Evan McNight, Robert Fouch,
and the City of Ironton, Ohio*

* Pro hac vice application pending

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **JOSE MARIA DECASTRO,**<br><br>     **Plaintiff,**<br><br>v.<br><br>**EVAN MCKNIGHT, ET AL.,**<br><br>     **Defendants.** | Case No.     2:24-cv-00435-DJA<br><br>**MAGISTRATE JUDGE DANIEL J. ALBREGTS**<br><br>**DEFENDANTS PAM WAGNER, BRAD SPOLJARIC, CHANCE BLANKENSHIP, EVAN MCKNIGHT, ROBERT FOUCH, AND THE CITY OF IRONTON, OHIO'S DISCLOSURE STATEMENT** |

Now come Defendants Pam Wagner, Brad Spoljaric, Chance Blankenship, Evan McKnight, Robert Fouch, and the City of Ironton, Ohio ("the Ironton Defendants"), by and through counsel, pursuant to Local Rule 7.1-1, and certify that there are no known interested

/ / /

/ / /

/ / /

1  parties other than those participating in this case. The Ironton Defendants reserve the right to
2  amend their Disclosure Statement upon any change in the information.
3
4  DATED this 26th day of March, 2025.

Respectfully submitted,

SURDYK, DOWD & TURNER CO., L.P.A.

*/s/ Dawn M. Frick*
Dawn M. Frick (0069068)
8163 Old Yankee Street, Suite C
Dayton, Ohio 45458
(937) 222-2333, (937) 222-1970 (fax)
dfrick@sdtlawyers.com

THORNDAL ARMSTRONG, PC

*/s/ Katherine Parks*
KATHERINE F. PARKS, ESQ.
Nevada Bar No. 6227
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
*Attorneys for Pam Wagner, Brad Spoljaric, Chance Blankenship, Evan McNight, Robert Fouch, and the City of Ironton, Ohio*

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Thorndal Armstrong, PC, and that on this date I caused the foregoing DEFENDANTS PAM WAGNER, BRAD SPOLJARIC, CHANCE BLANKENSHIP, EVAN MCKNIGHT, ROBERT FOUCH, AND THE CITY OF IRONTON, OHIO'S DISCLOSURE STATEMENT to be served on all parties to this action by:

  X    United States District Court CM/ECF system

_____ personal delivery/Reno Carson Messenger Service

_____ electronic means (facsimile or electronic mail)

_____ Federal Express/UPS or other overnight delivery

fully addressed as follows:

Cassaundra L. Sark, Esq.
Lambert Law Office
215 South 4th Street
Ironton, Ohio 45638
*Attorney for Defendants*
*John Chapman and the Lawrence County Commissioners*

and by placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada, fully addressed as follows:

Jose DeCastro
1258 Franklin Street
Santa Monica, CA  90404
*Pro Per Plaintiff*

DATED this 26th day of March, 2025.

/s/ Laura Bautista
An employee of Thorndal Armstrong, PC