IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Case No. 2:24CV00435DJA



JOSE DECASTRO,

Plaintiff,

v.

CITY OF IRONTON, MCKNIGHT, SPOLJARIC, WAGNER, BLANKENSHIP, FOUCH, CHAPMAN, and JOHN DOES 1 THROUGH 5,

Defendants.

MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS ANSWER

NOW COMES Plaintiff, Jose DeCastro, appearing pro se, and respectfully moves this Honorable Court for an enlargement of time to respond to the Answer and Affirmative Defenses filed by Defendants on or about March 25, 2025. This motion is made pursuant to Rules 6(b)(1)(A) and 6(d) of the Federal Rules of Civil Procedure. In support of this motion, Plaintiff states as follows:

STATEMENT OF REASONS

1. Plaintiff was served with Defendants Answer by United States Mail, postmarked March 25, 2025, and did not receive it at his residence in Santa Monica, California until approximately April 6, 2025. This delay, though typical for cross-country mail, has materially shortened the time available for meaningful response.

2. The Answer includes several substantive affirmative defenses, including res judicata, qualified immunity, and failure to state a claim, which merit careful analysis and measured legal response. To address these defenses adequately, Plaintiff is in the process of retrieving case records and filings from a previously dismissed matter that may be referenceddirectly or indirectlyby Defendants.

3. Plaintiff is proceeding without counsel and submits this motion in good faith, not for the purpose of delay, but to ensure clarity, accuracy, and fairness in the pleadings before the Court.

4. The requested extension is modest21 additional daysand will not prejudice Defendants or disrupt the efficient progress of the case. Rather, it will serve the interests of judicial economy and procedural integrity by allowing Plaintiff sufficient time to frame an appropriate response or motion under Rule 12(f).

REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court grant an extension of time, allowing Plaintiff until May 2, 2025, to respond to Defendants Answer or file a related motion.

Respectfully submitted,

*[signature]*

Jose DeCastro

Pro Se Plaintiff

1258 Franklin Ave.

Santa Monica, CA 90404

iamalaskan@gmail.com

(310) 963-2445

Dated: April 10, 2025

I hereby certify that on this 10th day of April, 2025, I caused a true and correct copy of the foregoing Motion for Enlargement of Time to Respond to Defendants Answer to be served via U.S. Mail, First Class, postage prepaid, addressed to:

Dawn M. Frick, Esq.

Surdyk, Dowd & Turner Co., L.P.A.

8163 Old Yankee Street, Suite C

Dayton, OH 45458

Katherine F. Parks, Esq.

Thorndal Armstrong, PC

6590 S. McCarran Blvd., Suite B

Reno, NV 89509

Lambert Law Offices

215 S 4th St

Ironton, OH 45638

Respectfully submitted,

Jose DeCastro

Pro Se Plaintiff

1258 Franklin Ave.

Santa Monica, CA 90404

iamalaskan@gmail.com

(310) 963-2445