# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jose DeCastro,<br><br>             Plaintiff,<br><br>    v.<br><br>City of Ironton, et al.,<br><br>             Defendants. | Case No. 2:24-cv-00435-DJA<br><br>**Order** |

Before the Court is Plaintiff Jose DeCastro's motion for an extension of time to file a response to Defendants John Chapman and the Lawrence County Commissioners' motion to dismiss filed at ECF No. 19. (ECF No. 27). Plaintiff explains that he needs more time to draft a response because he is in the process of retrieving documents to help draft his response. Plaintiff seeks twenty-one additional days to respond. The Court finds that Plaintiff has shown good cause to extend this deadline. *See* Fed. R. Civ. P. 6(b).

Plaintiff asserts that he was served with the motion to dismiss on April 6, 2025, so his response is currently due April 21, 2025. *See* Fed. R. Civ. P. 6(a) (explaining how the Court counts time); *see* Nevada Local Rule 7-2(b) (explaining that the deadline to file and serve points and authorities in response to a motion is fourteen days after service of the motion). The Court will thus extend his response deadline for twenty-one days from that date.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 27) is **granted.** Plaintiff shall have until **May 12, 2025**, to respond to John Chapman and the Lawrence County Commissioners' motion to dismiss filed at ECF No. 19. The Clerk of Court is kindly directed to send a copy of this order to Plaintiff.

DATED: April 16, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE