UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA



JOSE DECASTRO,

Plaintiff,

v.

CITY OF IRONTON, MCKNIGHT, SPOLJARIC, WAGNER, BLANKENSHIP, FOUCH, CHAPMAN, and JOHN DOES 1 THROUGH 5,

Defendants.

Case No. 2:24-cv-00435-DJA

1. MOTION FOR LEAVE TO FILE LATE OPPOSITION TO DEFENDANTS MOTION TO DISMISS

2. Plaintiff, Jose DeCastro, appearing pro se, respectfully moves this Honorable Court for leave to file a late opposition to Defendants Motion to Dismiss, and in support states as follows:

3. 1. On or about March 26, 2025, Defendants filed a Motion to Dismiss.

4. 2. Plaintiff, acting pro se, filed a Motion for Enlargement of Time, which Plaintiff reasonably believed would extend the time to respond to all pending motions, including the Motion to Dismiss.

5. 3. The Court subsequently granted an extension as to one motion (Doc. 19), but Plaintiff misunderstood the scope of that order, and thus believed that all responses were extended.

6. 4. Plaintiffs failure to timely oppose the Motion to Dismiss was the result of excusable neglect under Fed. R. Civ. P. 6(b)(1)(B), not willful disregard.

7. 5. Allowing Plaintiff to file a late opposition will not prejudice Defendants, as no substantive rulings have yet occurred.

8. 6. Plaintiff respectfully requests that this Court grant leave to file his opposition to the Motion to Dismiss and allow this case to proceed on the merits.

9. WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion for Leave to File Late Opposition and permit Plaintiff to file his Opposition to Defendants Motion to Dismiss.

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

JOSE DECASTRO,                                                        Case No. 2:24-cv-00435-DJA

Plaintiff,

v.

CITY OF IRONTON, MCKNIGHT, SPOLJARIC, WAGNER, BLANKENSHIP, FOUCH, CHAPMAN, and JOHN DOES 1 THROUGH 5,

Defendants.

10. Respectfully submitted,

11. Jose DeCastro

12. Pro Se Plaintiff

13. 1258 Franklin Ave.

14. Santa Monica, CA 90404

15. iamalaskan@gmail.com

16. (310) 963-2445

17. Dated: April 27, 2025

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSE DECASTRO,  
Plaintiff,  
v.  
CITY OF IRONTON, MCKNIGHT, SPOLJARIC, WAGNER, BLANKENSHIP, FOUCH, CHAPMAN, and JOHN DOES 1 THROUGH 5,  
Defendants.

Case No. 2:24-cv-00435-DJA

CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2025, I served a true and correct copy of the foregoing Motion for Leave to File Late Opposition to Defendants Motion to Dismiss by United States Mail, First Class, postage prepaid, addressed as follows:

Dawn M. Frick, Esq.

Surdyk, Dowd & Turner Co., L.P.A.

8163 Old Yankee Street, Suite C

Dayton, OH 45458

Katherine F. Parks, Esq.

Thorndal Armstrong, PC

6590 S. McCarran Blvd., Suite B

Reno, NV 89509

Lambert Law Offices

215 South Fourth Street, Ironton, OH 45638

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br>Plaintiff,<br>v.<br>CITY OF IRONTON, MCKNIGHT, SPOLJARIC, WAGNER, BLANKENSHIP, FOUCH, CHAPMAN, and JOHN DOES 1 THROUGH 5,<br>Defendants. | Case No. 2:24-cv-00435-DJA |

Respectfully submitted,

*/s/ Jose DeCastro*

Jose DeCastro

Pro Se Plaintiff

1258 Franklin Ave.

Santa Monica, CA 90404

iamalaskan@gmail.com

(310) 963-2445

Page 2