**Subject:** Request for CM/ECF Filing Access – DeCastro v. McKnight, et al., Case No. 2:24-cv-00435-DJA

Dear Clerk of Court,

I respectfully request authorization to access the Court's CM/ECF (Case Management/Electronic Case Files) system for the purpose of electronically filing documents in the above-referenced matter.

**Case Information:**
- **Case Name:** Jose M. DeCastro v. Evan McKnight, et al.
- **Case Number:** 2:24-cv-00435-DJA
- **Court:** United States District Court for the District of Nevada

Currently, I am required to submit filings by mail. I wish to transition to electronic filing to enhance efficiency and to comply with the Court's preferred procedures.

Enclosed are my completed CM/ECF registration form and all required supporting documentation. I understand that completion of any mandatory training is necessary prior to receiving full filing privileges.

Should you require any additional information or documentation, please advise and I will provide it promptly.

Thank you for your attention to this request.

Respectfully submitted,

Jose M. DeCastro, Pro Se
1258 Franklin
Santa Monica, CA 90404
Cell: (310) 963-2445
Email: chille@situationcreator.com



X FILED   RECEIVED
  ENTERED   SERVED ON

AUGUST 20, 2025

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: /s/ RJDG   DEPUTY