# Jenny Gamez

| | |
|---|---|
| **From:** | cmecfhelpdesk@ohsd.uscourts.gov |
| **Sent:** | Friday, August 22, 2025 6:56 AM |
| **To:** | InterDistrictTransfer_NVD |
| **Subject:** | Transferred case has been opened |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

CASE: 2:24-cv-00435

DETAILS: Case transferred from Nevada
has been opened in Southern District of Ohio as case 1:25-cv-00613, filed 08/22/2025.